UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROBERT W MOHS | § | Case No. 13-46366 |
| | § | |
| Debtor | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 12/02/2013 .   The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4.  The trustee realized gross receipts of | $ | 200,000.00 |
| | | |
| Funds were disbursed in the following amounts: | | |
| | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 155.77 |
| Bank service fees | | 5,055.74 |
| Other payments to creditors | | 60,000.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| | | |
| Leaving a balance on hand of[1] | $ | 134,788.49 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  08/20/2014  and the deadline for filing governmental claims was  05/31/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 13,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 13,250.00 , for a total compensation of $ 13,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 04/25/2016                    By:/s/CATHERINE STEEGE
                                         Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 13-46366 | JBS | Judge: | Jack B. Schmetterer | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|---|
| Case Name: | ROBERT W MOHS | | | | | Date Filed (f) or Converted (c): | 12/02/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 01/22/2014 |
| For Period Ending: | 04/25/2016 | | | | | Claims Bar Date: | 08/20/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  cash on hand | 210.00 | 0.00 | | 0.00 | FA |
| 2.  Checking Account with BMO Harris Bank x7128 | 205.00 | 0.00 | | 0.00 | FA |
| 3.  Checking Account with Northern Trust Bank x8876 | 378.33 | 0.00 | | 0.00 | FA |
| 4.  Savings Account with BMO Harris Bank x1933 | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Security Deposit Held By Landlord | 2,100.00 | 0.00 | | 0.00 | FA |
| 6.  Furniture: 10 year old Dell Inspirion Laptop Compu | 1,255.00 | 0.00 | | 0.00 | FA |
| 7.  1 - Frank Gallo paper sculpture -$500; 250 books - | 1,415.00 | 0.00 | | 0.00 | 1 - FA |
| 8.  2 Men's suits, various shirts and ties, men's slac | 500.00 | 0.00 | | 0.00 | FA |
| 9.  5-6 watches | 220.00 | 0.00 | | 0.00 | FA |
| 10.  1 - 20 year old 35mm SLR camera with 2 lenses | 100.00 | 0.00 | | 0.00 | 1 - FA |
| 11.  50 - baseball cards | 300.00 | 250.00 | | 0.00 | FA |
| 12.  Raymond James Traditional IRA #xxxx7275 | 1,337.85 | 0.00 | | 0.00 | FA |
| 13.  Rayond James Roth IRA #xxxx7280 plus 25,420 shares | 10,058.33 | 0.00 | | 0.00 | FA |
| 14.  Raymond James Capital Access Account #xxxx6010 plu | 669.87 | 669.87 | | 0.00 | FA |
| 15.  Raymond James Capital Access Personal Account #xxx | 5.10 | 5.10 | | 0.00 | FA |
| 16.  Raymond James Restricted Stock Account #xxxx0884 - | 41,908.05 | 40,348.65 | | 0.00 | FA |
| 17.  2002 Audi Allroad station wagon.  Mileage is about | 1,950.00 | 0.00 | | 0.00 | FA |
| 18.  Timeshare: two bedroom unit at Vistana Resorts in | 0.00 | 0.00 | | 0.00 | FA |
| 19.  potential "book of business" but in light of non-c | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Fraudulent Transfer Claim                    (u) | 0.00 | 200,000.00 | | 200,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $62,612.53          $241,273.62          $200,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

Bar Date / Collection of Raymond James Accounts


RE PROP #          20    --    Fraudulent transfer claim for transfer of funds to trust

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 13-46366 | | | Trustee Name: CATHERINE STEEGE | | | |
| Case Name: ROBERT W MOHS | | | Bank Name: Associated Bank | | | |
| | | | Account Number/CD#: XXXXXX9321 | | | |
| | | | Checking Account | | | |
| Taxpayer ID No: XX-XXX8952 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 04/25/2016 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/29/14 | 20 | WIRE RECEIVED RE MOHS | Fraudulent Transfer Bank Serial #: | 1241-000 | $200,000.00 | | $200,000.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.18 | $199,980.82 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $297.24 | $199,683.58 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $287.29 | $199,396.29 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $296.46 | $199,099.83 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $296.01 | $198,803.82 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $286.05 | $198,517.77 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $295.14 | $198,222.63 |
| 11/19/14 | 3001 | STERNE AGEE & LEACH, INC. | PER 10/30/14 ORDER | 4220-000 | | $60,000.00 | $138,222.63 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $285.20 | $137,937.43 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $213.70 | $137,723.73 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $204.77 | $137,518.96 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $184.66 | $137,334.30 |
| 03/18/15 | 3002 | ARTHUR B. LEVINE COMPANY 60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | $83.51 | $137,250.79 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $204.16 | $137,046.63 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $197.26 | $136,849.37 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $203.46 | $136,645.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $200,000.00          $63,354.09

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-46366 | Trustee Name: CATHERINE STEEGE | |
| Case Name: ROBERT W MOHS | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX9321 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX8952 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/25/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $196.58 | $136,449.33 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $202.86 | $136,246.47 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $202.56 | $136,043.91 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $195.75 | $135,848.16 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $201.97 | $135,646.19 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $195.16 | $135,451.03 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.38 | $135,249.65 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.09 | $135,048.56 |
| 02/29/16 | 3003 | Arthur B. Levine Company Surety Bond Agents 370 Lexington Avenue, Suite 1101 New York, NY 10017 | BOND PAYMENT | 2300-000 | | $72.26 | $134,976.30 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $187.81 | $134,788.49 |

| | | |
|---|---|---|
| COLUMN TOTALS | $200,000.00 | $65,211.51 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $200,000.00 | $65,211.51 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $200,000.00 | $65,211.51 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:   $0.00   $1,857.42

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9321 - Checking Account | $200,000.00 | $65,211.51 | $134,788.49 |
| | $200,000.00 | $65,211.51 | $134,788.49 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $200,000.00 |
| Total Gross Receipts: | $200,000.00 |

Page Subtotals:                    $0.00          $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-46366-JBS                                                                Date: April 25, 2016
Debtor Name: ROBERT W MOHS
Claims Bar Date: 8/20/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | CATHERINE STEEGE 353 N. Clark Street CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $13,250.00 | $13,250.00 |
| 100 3110 | JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $3,788.50 | $3,788.50 |
| 100 3120 | JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $28.17 | $28.17 |
| 1-2 300 7100 | STERNE AGEE & LEACH, INC. C/O RICHARD A. SALDINGER, SHAW FISHMAN GLANTZ & TOWBIN LLC 321 N. CLARK, STE. 800 CHICAGO, IL 60657 | Unsecured | Original claim amount $434,377.31; per Settlement Agreement/Court Order of 10/30/14 - payment of $60,000.00 made; Amended claim as filed is $434,377.41 (amended claim is .10 higher than original minus payment). | $0.00 | $434,377.31 | $374,377.41 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $4,177.87 | $4,177.87 |
| 3 300 7100 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $20,791.96 | $20,791.96 |
| 4 300 7100 | CREDIT SUISSE SECURITIES (USA) LLC DAVID C MARDEN, ESQ DEWEY PEGNO & KRAMARSKY LLP 777 THIRD AVENUE 37TH FLOOR NEW YORK, NY 10017 | Unsecured | | $0.00 | $237,683.00 | $237,683.00 |
| 1-1 400 4220 | STERNE AGEE & LEACH, INC. C/O RICHARD A. SALDINGER, SHAW FISHMAN GLANTZ & TOWBIN LLC 321 N. CLARK, STE. 800 CHICAGO, IL 60657 | Secured | | $0.00 | $60,000.00 | $60,000.00 |
| | Case Totals | | | $0.00 | $774,096.81 | $714,096.91 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-46366-JBS

Debtor Name: ROBERT W MOHS

Claims Bar Date: 8/20/2014

Date: April 25, 2016

Printed: April 25, 2016

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-46366
Case Name: ROBERT W MOHS
Trustee Name: CATHERINE STEEGE

Balance on hand                                         $          134,788.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1-1 | STERNE AGEE & LEACH, INC. | $      60,000.00 | $      60,000.00 | $      60,000.00 | $          0.00 |

Total to be paid to secured creditors          $          0.00

Remaining Balance                              $      134,788.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $      13,250.00 | $          0.00 | $      13,250.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $       3,788.50 | $          0.00 | $       3,788.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $          28.17 | $          0.00 | $          28.17 |

Total to be paid for chapter 7 administrative expenses     $      17,066.67

Remaining Balance                                          $     117,721.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 637,030.24  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | STERNE AGEE & LEACH, INC. | $  374,377.41 | $  0.00 | $  69,184.14 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $  4,177.87 | $  0.00 | $  772.06 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $  20,791.96 | $  0.00 | $  3,842.31 |
| 4 | CREDIT SUISSE SECURITIES (USA) LLC | $  237,683.00 | $  0.00 | $  43,923.31 |

Total to be paid to timely general unsecured creditors          $          117,721.82

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE