# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                             §
                                   §
                                   §
ROBERT W MOHS                      §     Case No. 13-46366
                                   §
                                   §
          Debtor                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 44,316.35                    Assets Exempt: 18,296.18
*(Without deducting any secured claims)*

Total Distributions to Claimants: 177,721.82    Claims Discharged
                                                Without Payment: 835,559.58

Total Expenses of Administration: 22,278.18

---

3) Total gross receipts of $ 200,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 200,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 407,000.00 | $ 60,000.00 | $ 60,000.00 | $ 60,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,278.18 | 22,278.18 | 22,278.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 634,853.95 | 697,030.14 | 637,030.24 | 117,721.82 |
| **TOTAL DISBURSEMENTS** | $ 1,041,853.95 | $ 779,308.32 | $ 719,308.42 | $ 200,000.00 |

4) This case was originally filed under chapter 7 on 12/02/2013 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2016          By:/s/CATHERINE STEEGE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer Claim | 1241-000 | 200,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$200,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | STERNE AGEE & LEACH, INC. | 4220-000 | 407,000.00 | 60,000.00 | 60,000.00 | 60,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 407,000.00** | **$ 60,000.00** | **$ 60,000.00** | **$ 60,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| CATHERINE STEEGE, TRUSTEE | 2100-000 | NA | 13,250.00 | 13,250.00 | 13,250.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 155.77 | 155.77 | 155.77 |
| ASSOCIATED BANK | 2600-000 | NA | 5,055.74 | 5,055.74 | 5,055.74 |
| JENNER & BLOCK LLP | 3110-000 | NA | 3,788.50 | 3,788.50 | 3,788.50 |
| JENNER & BLOCK LLP | 3120-000 | NA | 28.17 | 28.17 | 28.17 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 22,278.18 | $ 22,278.18 | $ 22,278.18 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15153 Wilmington, DE 19886 | | 29.00 | NA | NA | 0.00 |
| | Raymond James / Morgan Keegan Attn: William M. Schmitt, Jr. 50 North Front Street Memphis, TN 38103 | | 316,222.16 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 20,909.07 | 20,791.96 | 20,791.96 | 3,842.31 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 4,144.92 | 4,177.87 | 4,177.87 | 772.06 |
| 4 | CREDIT SUISSE SECURITIES (USA) LLC | 7100-000 | 293,548.80 | 237,683.00 | 237,683.00 | 43,923.31 |
| 1-2 | STERNE AGEE & LEACH, INC. | 7100-000 | NA | 434,377.31 | 374,377.41 | 69,184.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 634,853.95 | $ 697,030.14 | $ 637,030.24 | $ 117,721.82 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-46366 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | CATHERINE STEEGE |
| Case Name: | ROBERT W MOHS | | | | Date Filed (f) or Converted (c): | 12/02/2013 (f) |
| | | | | | 341(a) Meeting Date: | 01/22/2014 |
| For Period Ending: | 11/07/2016 | | | | Claims Bar Date: | 08/20/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 210.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account with BMO Harris Bank x7128 | 205.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account with Northern Trust Bank x8876 | 378.33 | 0.00 | | 0.00 | FA |
| 4. Savings Account with BMO Harris Bank x1933 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit Held By Landlord | 2,100.00 | 0.00 | | 0.00 | FA |
| 6. Furniture: 10 year old Dell Inspirion Laptop Compu | 1,255.00 | 0.00 | | 0.00 | FA |
| 7. 1 - Frank Gallo paper sculpture -$500; 250 books - | 1,415.00 | 0.00 | | 0.00 | FA |
| 8. 2 Men's suits, various shirts and ties, men's slac | 500.00 | 0.00 | | 0.00 | FA |
| 9. 5-6 watches | 220.00 | 0.00 | | 0.00 | FA |
| 10. 1 - 20 year old 35mm SLR camera with 2 lenses | 100.00 | 0.00 | | 0.00 | FA |
| 11. 50 - baseball cards | 300.00 | 250.00 | | 0.00 | FA |
| 12. Raymond James Traditional IRA #xxxx7275 | 1,337.85 | 0.00 | | 0.00 | FA |
| 13. Rayond James Roth IRA #xxxx7280 plus 25,420 shares | 10,058.33 | 0.00 | | 0.00 | FA |
| 14. Raymond James Capital Access Account #xxxx6010 plu | 669.87 | 669.87 | | 0.00 | FA |
| 15. Raymond James Capital Access Personal Account #xxx | 5.10 | 5.10 | | 0.00 | FA |
| 16. Raymond James Restricted Stock Account #xxxx0884 - | 41,908.05 | 40,348.65 | | 0.00 | FA |
| 17. 2002 Audi Allroad station wagon. Mileage is about | 1,950.00 | 0.00 | | 0.00 | FA |
| 18. Timeshare: two bedroom unit at Vistana Resorts in | 0.00 | 0.00 | | 0.00 | FA |
| 19. potential "book of business" but in light of non-c | 0.00 | 0.00 | | 0.00 | FA |
| 20. Fraudulent Transfer Claim (u) | 0.00 | 200,000.00 | | 200,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $62,612.53      $241,273.62      $200,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

Bar Date / Collection of Raymond James Accounts

Exhibit 8

RE PROP #          20    --    Fraudulent transfer claim for transfer of funds to trust

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-46366 | Trustee Name: CATHERINE STEEGE |
| Case Name: ROBERT W MOHS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9321 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8952 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/29/14 | 20 | WIRE RECEIVED RE MOHS | Fraudulent Transfer Bank Serial #: | 1241-000 | $200,000.00 | | $200,000.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.18 | $199,980.82 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $297.24 | $199,683.58 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $287.29 | $199,396.29 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $296.46 | $199,099.83 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $296.01 | $198,803.82 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $286.05 | $198,517.77 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $295.14 | $198,222.63 |
| 11/19/14 | 3001 | STERNE AGEE & LEACH, INC. | PER 10/30/14 ORDER | 4220-000 | | $60,000.00 | $138,222.63 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $285.20 | $137,937.43 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $213.70 | $137,723.73 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $204.77 | $137,518.96 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $184.66 | $137,334.30 |
| 03/18/15 | 3002 | ARTHUR B. LEVINE COMPANY 60 EAST 42ND STREET, ROOM 965 NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | $83.51 | $137,250.79 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $204.16 | $137,046.63 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $197.26 | $136,849.37 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $203.46 | $136,645.91 |

Page Subtotals: $200,000.00  $63,354.09

UST Form 101-7-TDR (10/1/2010) (Page: 8)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-46366 | Trustee Name: CATHERINE STEEGE |
| Case Name: ROBERT W MOHS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9321 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8952 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $196.58 | $136,449.33 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $202.86 | $136,246.47 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $202.56 | $136,043.91 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $195.75 | $135,848.16 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $201.97 | $135,646.19 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $195.16 | $135,451.03 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.38 | $135,249.65 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $201.09 | $135,048.56 |
| 02/29/16 | 3003 | Arthur B. Levine Company Surety Bond Agents 370 Lexington Avenue, Suite 1101 New York, NY 10017 | BOND PAYMENT | 2300-000 | | $72.26 | $134,976.30 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $187.81 | $134,788.49 |
| 06/01/16 | 3004 | CATHERINE STEEGE, TRUSTEE JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | 2100-000 | | $13,250.00 | $121,538.49 |
| 06/01/16 | 3005 | JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | | | $3,816.67 | $117,721.82 |
| | | JENNER & BLOCK LLP | ($28.17) | 3120-000 | | | |
| | | JENNER & BLOCK LLP | ($3,788.50) | 3110-000 | | | |

| | | | Page Subtotals: | | $0.00 | $18,924.09 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-46366 | Trustee Name: CATHERINE STEEGE |
| Case Name: ROBERT W MOHS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9321 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8952 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/16 | 3006 | STERNE AGEE & LEACH, INC.<br>C/O RICHARD A. SALDINGER<br>SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK, STE. 800<br>CHICAGO, IL 60657 | FINAL DISTRIBUTION | 7100-000 | | $69,184.14 | $48,537.68 |
| 06/01/16 | 3007 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | FINAL DISTRIBUTION | 7100-000 | | $772.06 | $47,765.62 |
| 06/01/16 | 3008 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | FINAL DISTRIBUTION | 7100-000 | | $3,842.31 | $43,923.31 |
| 06/01/16 | 3009 | CREDIT SUISSE SECURITIES (USA) LLC<br>DAVID C MARDEN, ESQ<br>DEWEY PEGNO & KRAMARSKY LLP<br>777 THIRD AVENUE 37TH FLOOR<br>NEW YORK, NY 10017 | FINAL DISTRIBUTION | 7100-000 | | $43,923.31 | $0.00 |
| 09/20/16 | 3007 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | FINAL DISTRIBUTION<br>Reversal | 7100-000 | | ($772.06) | $772.06 |
| 09/21/16 | 3010 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $772.06 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $200,000.00 | $200,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $200,000.00 | $200,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $200,000.00 | $200,000.00 |

Page Subtotals: $0.00    $117,721.82

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

|  | TOTAL OF ALL ACCOUNTS | | |
|---|---|---|---|
|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX9321 - Checking Account | $200,000.00 | $200,000.00 | $0.00 |
|  | $200,000.00 | $200,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $200,000.00 |
| Total Gross Receipts: | $200,000.00 |

Page Subtotals:    $0.00    $0.00